FILED

2025 Aug-01  AM 10:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **LINDA BULLEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No.: 3:25-cv-00918-HNJ** |
| ) | |
| **PHH MORTGAGE and** ) | |
| **NATIONSTAR MORTGAGE,** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Linda Bullen ("Plaintiff") and Defendants PHH Mortgage ("PHH") and Nationstar Mortgage ("Nationstar") (PHH and Nationstar, collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby present this stipulation of dismissal with prejudice of all claims in the above-styled action.  By so doing:

The parties stipulate and provide notice to this Honorable Court that this action and each and every claim by Plaintiff against Defendants is due to be dismissed with prejudice, each party to bear its own costs.

The parties further stipulate that, to the extent still valid, the Order entered by the Circuit Court of Franklin County, Alabama on May 5, 2025, which enjoins Defendants from conveying the underlying property, allows Plaintiff to reside in the

1

Property, and stays the right of redemption, is due to be lifted and extinguished.

Plaintiff stipulates and agrees that defendant PHH is entitled to possession of the

Property.

A proposed order is attached hereto as **Exhibit A**.

Respectfully submitted this, 1st day of August, 2025.

| | |
|---|---|
| */s/ Jeffrey L. Bowling (with permission)* | */s/Amanda M. Beckett (with permission)* |
| Jeffrey L. Bowling | AMANDA M. BECKETT |
| Bedford, Rogers, Bowling & | JOHNNY NEMLS |
| McReynolds, P. C. | Rubin Lublin, LLC |
| P.O. Box 669 | 428 North Lamar Blvd., Suite 107 |
| Russellville, Alabama 35653 | Oxford, MS 38655 |
| (256) 332-2880 | (678) 281-2791 (Telephone) |
| *Attorney for Plaintiff Linda Bullen* | (470) 508-9203 (Facsimile) |
| | abeckett@rlselaw.com |
| | jnelms@rlselaw.com |
| | *Attorneys for Nationstar Mortgage LLC* |

*/s/ Grant A. Premo*
Grant A. Premo
Joshua S. Lewis
BRADLEY ARANT BOULT
CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8850
Fax: (205) 488-6450
gpremo@bradley.com
*Attorney for Defendant PHH Mortgage*

2