FILED

2025 Aug-01  AM 10:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | |
|---|---|
| **LINDA BULLEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No.: 3:25-cv-00918-HNJ** |
| ) | |
| **PHH MORTGAGE and** ) | |
| **NATIONSTAR MORTGAGE,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST**
**DEFENDANTS PHH MORTGAGE AND NATIONSTAR MORTGAGE**

**THIS CAUSE** came before the Court upon the parties' Stipulation of Dismissal With Prejudice. Being fully advised and having considered the Joint Stipulation of Dismissal With Prejudice, the Court ORDERS, ADJUDGES, and DECREES as follows:

1. This matter is DISMISSED WITH PREJUDICE in accordance with the parties' Stipulation;

2. The Order entered by the Circuit Court of Franklin County, Alabama on May 5, 2025, is lifted and extinguished, and defendant PHH Mortgage is entitled to possession of the Property; and

3. Each party shall bear its own fees and costs.

1

**DONE** and **ORDERED** this ___ day of _____, 2025.

_____
**HERMAN N. JOHNSON, JR**
UNITED STATES MAGISTRATE JUDGE