# FILED

2025 Aug-04  AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA



## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Linda Bullen, | } | |
| | } | |
| | } | |
| | } | |
| Plaintiff, | } | Case Number: 3:25-cv-00918-HNJ |
| | } | |
| v. | } | |
| | } | |
| PHH Mortgage et al., | } | |
| | } | |
| | } | |
| Defendant. | } | |

## CLERK'S COURT MINUTE ENTRY
## PURSUANT TO JOINT STIPULATION OF DISMISSAL

Pursuant to (Doc. 11) the parties have jointly stipulated to the dismissal of this action **with prejudice**.

The parties **SHALL** bear their own costs and fees.

This case is **CLOSED**.

DATED: August 4, 2025

GREER M. LYNCH, CLERK

By:_____*C. Berryman*_____
Deputy Clerk